JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. HAMRA, as trustee of the SAM F. HAMRA JR. AND JUNE S. HAMRA IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, a corporation; and DOES 1-30,<br><br>Defendants. | Case No. 2:18-CV-06262-CAS-GJSx<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based on the Parties' Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 20, 2021

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge

- 1 -